March 16, 2007

Honorable Charles R. Breyer
United States District Court
450 Golden Gate Avenue
San Francisco, California

  Re: Ruddock v. Allstate
     Case No.  C 06-~~05838~~ CRB
          5929 CRB

Dear Judge Breyer:

  The Court previously requested that the Early Neutral Evaluation be completed by April 4, 2007.  Unfortunately due to calendaring conflicts the ENE is currently scheduled for April 26, 2007.  We are currently on the Court's calendar for a Case Management Conference for Friday, April 13, 2097.  Counsel for Allstate and I jointly request that the Court continue the Case Management Conference until some time in May so that we can have an opportunity to receive the evaluation from Mr. Johns, review it with our respective clients, and then get back to the Court with an appropriate status statement.

  Thank you for your understanding, courtesy and cooperation.

                 Very truly yours,

                 Alan M. Mayer

AMM:kh

  Case Management Conference continued to Friday Mary 11, 2007 at 8:30 a.m.

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

                 March 19, 2007