MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300
Email:      mbarnes@sonnenschein.com
            smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RUDDOCK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>　　　　Defendants. | No.  C 06 5929 CRB<br><br>**STIPULATION FOR DISMISSAL**<br><br>[F.R.C.P. 41(a)(1)(ii)] |

　　　　This matter having settled through private mediation on July 24, 2007, the parties hereby agree that the action should be dismissed in its entirety with prejudice, with each party to bear her or its own costs and attorneys' fees.  The parties respectfully request that the Court approve and give effect to this Stipulation.

　　　　<u>IT IS SO STIPULATED</u>.

| | | |
|---|---|---|
| 1 | Dated: August 29, 2007 | LAW OFFICES OF ALAN M. MAYER INC. |
| 4 | | By /s/ Alan M. Mayer |
| 5 | | ALAN M. MAYER |
| 6 | | Attorney for Plaintiff JENNIFER RUDDOCK |
| 8 | Dated: August 29, 2007 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 11 | | By /s/ Michael Barnes |
| 12 | | MICHAEL BARNES |
| 13 | | Attorneys for Defendant ALLSTATE INSURANCE COMPANY |

IT IS SO ORDERED.

November 19, 2007

_____
Honorable Charles R. Breyer
United States District Judge

**IT IS SO ORDERED**
Judge Charles R. Breyer

27276152\V-1

-2-
**STIPULATION FOR DISMISSAL**